NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN E. SOULE,                                )
                                                )
          Appellant,                            )
                                                )
v.                                              )          Case No. 2D16-3231
                                                )
U.S. BANK NATIONAL ASSOCIATION,                 )
as trustee for BNC Mortgage Loan                )
Trust 2007-1 Mortgage Pass-Through              )
Certificates, Series 2007-1,                    )
                                                )
          Appellee.                             )
_____ )

Opinion filed May 2, 2018.

Appeal from the Circuit Court for Pasco
County; Kemba Lewis, Judge.

Mark P. Stopa of Stopa Law Firm, LLC,
Tampa; and Latasha Scott of Lord Scott,
PLLC, Tampa, for Appellant.

David S. Ehrlich of Blank Rome LLP, Fort
Lauderdale, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, VILLANTI, and CRENSHAW, JJ., Concur.